**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**


**EVELYN Y. PEREZ,**

      **Plaintiff,**

**v.**                                                                    **Case No.: 8:12-cv-2751-T-33AAS**

**MEDIGLEZ WELLNESS CENTER, INC.**
**AND JULIO GONZALEZ,**

      **Defendants.**
_____/

## ORDER

Before the Court is Plaintiff's Ex Parte Motion to Seal Writ of Garnishment Documents. (Doc. 38).  On November 15, 2013, Plaintiff obtained a Judgment against Defendants in the instant action in the sum of $8,568.25.  (Doc. 37).  This judgment is unsatisfied and remains outstanding, and Plaintiff is now seeking to enforce the judgment by garnishing Defendants' bank account(s).

Accordingly and upon consideration, it is **ORDERED** that:

Plaintiff's Ex Parte Motion to Seal Writ of Garnishment Documents (Doc. 38) is **GRANTED**.  The Clerk is directed to seal the instant motion, all attachments thereto, and any order pertaining to a writ of garnishment or any writs of garnishment themselves in the instant case.  These documents shall remain under seal for the later of five business days after the writ is issued, or three business days after the writ is served.

**DONE AND ORDERED** in Tampa, Florida on this 2nd day of June, 2017.

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge

1