UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**EVELYN Y. PEREZ,**

    **Plaintiff,**

v.                                                           Case No.: 8:12-cv-2751-T-33AAS

**MEDIGLEZ WELLNESS CENTER, INC.
AND JULIO GONZALEZ,**

    **Defendants.**
_____/

**ORDER**

Before the Court is Plaintiff's Ex Parte Motion for Writ of Garnishment (Doc. 41). Plaintiff seeks a writ of garnishment against J.P. Morgan Chase Bank, N.A. ("Garnishee").

Rule 69 of the Federal Rules of Civil Procedure provides that a money judgment is enforced by a writ of garnishment. Fed. R. Civ. P. 69(a)(1). "The procedure on execution . . . must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." *Id.* Florida law provides a right to a writ of garnishment to judgment creditors to help satisfy a money judgment. Fla. Stat. § 77.01. To obtain a writ of garnishment, the judgment creditor must file a motion stating the amount of the judgment. Fla. Stat. § 77.03.

On November 15, 2013, Plaintiff obtained a judgment against Defendants in the instant action in the sum of $8,568.25. (Doc. 37). This judgment is unsatisfied and remains outstanding, and Plaintiff is now seeking to enforce the judgment by garnishing Defendants' bank account.

Accordingly and upon consideration, it is **ORDERED**:

Plaintiff's Ex Parte Motion for Writ of Garnishment (Doc. 41) is **GRANTED**. The Clerk of Court shall issue a writ of garnishment to the named Garnishee using the forms included in

1

Plaintiff's Motion and the address for the Garnishee contained therein (Doc. 41, pp. 2-5). The Clerk is further directed to seal the instant motion, all attachments thereto, and any order pertaining to a writ of garnishment or any writs of garnishment themselves in the instant case. These documents shall remain under seal for the later of five business days after the writ is issued, or three business days after the writ is served.

**DONE AND ORDERED** in Tampa, Florida on this 26th day of July, 2017.

*[signature: Amanda Arnold Sansone]*

AMANDA ARNOLD SANSONE
United States Magistrate Judge